Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**September 10, 2014**

___

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ARLENE BATES ) | Bankruptcy No.: 11-25614-abl |
| ) | Chapter 13 |
| ) | |
| ) | Hearing Date: NA |
| ) | Hearing Time: NA |
| ) | |
| Debtor (s) ) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $4,232.00 constituting an unclaimed dividend is declared due to Arlene Bates.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Arlene Bates
10366 Premia Pl
Las Vegas, NV 89135

###